AUSA Zelinsky

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

**SEALED**

United States of America
v.

KAZEM KAZEMPOUR

*Defendant*

Case No. PX 22cr440

Case: 1:22-mj-00282
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 12/20/2022
Description: Arrest Rule (5)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    KAZEM KAZEMPOUR,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, 18 U.S.C. § 371
Securities Fraud, 15 U.S.C. §§ 78j(b), 78ff and 17 C.F.R. § 240.10b-5
Wire Fraud, 18 U.S.C. § 1343
False Statements to Federal Law Enforcement, 18 U.S.C. § 1001

Date: 12/15/22

*Issuing officer's signature*

City and state:    Baltimore, Maryland            Hon. Matthew J. Maddox, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/15/2022, and the person was arrested on *(date)* 12/20/22 at *(city and state)* Washington, DC. |
| Date: 12/20/22                                                         *Arresting officer's signature* |
|                                                          Daniel S. Parker, FBI Special Agent
*Printed name and title* |